**Fill in this information to identify the case:**

Debtor name: EF-290, LLC

United States Bankruptcy Court for the: Western District of Texas

Case number (If known): 20-10640

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Greg and Nancy Fernandez<br>19506 Gran Robe<br>San Antonio, TX, 78258 | Greg Fernandez | Monies Loaned / Advanced | Disputed | 2,750,000.00 | 0.00 | 275,000.00 |
| 2 | Andrew Roggensack<br>4115 Grand Ave<br>Western Springs, IL, 60558 | Andrew Roggensack Revocable Trust U/A/D 10/10/2012 | Monies Loaned / Advanced | Disputed | 2,750,000.00 | 0.00 | 100,000.00 |
| 3 | Dave Paul<br>1532 West 93rd Court<br>Crown Point, IN, 46307 | Dave Paul | Monies Loaned / Advanced | Disputed | 2,750,000.00 | 0.00 | 50,000.00 |
| 4 | Robert and Connie Jirgl<br>P.O. Box 565<br>Dowagiac, MI, 49047 | Robert and Connie Jirgl | Monies Loaned / Advanced | Disputed | 2,750,000.00 | 0.00 | 25,000.00 |
| 5 | Chase Bank USA, N.A.<br>Attn: Keith W. Schuck<br>200 White Clay Center Dr.<br>Newark, DE, 19711-0000 | | Credit Card Debt | Disputed | | | 9,764.64 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor __EF-290, LLC__  Case number *(if known)* __20-10640__
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          page 2