**MOR-1**

**UNITED STATES BANKRUPTCY COURT**

| | | | |
|---|---|---|---|
| CASE NAME: | EF-290, LLC | PETITION DATE: | 5/29/2020 |
| CASE NUMBER: | 20-10640 | DISTRICT OF TEXAS: | Western |
| PROPOSED PLAN DATE: | 8/27/20 | DIVISION: | Austin |

## MONTHLY OPERATING REPORT SUMMARY For May 2020

| MONTH | May-20 | Month-Year | Month-Year | Month-Year | Month-Year | Month-Year |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | -2,124.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | -2,124.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 2,479.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

\*\*\*The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee\*\*\*

**CIRCLE ONE**

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE | | |
|---|---|---|---|---|
| CASUALTY | YES (x) NO ( ) | ___-___-___ | | |
| LIABILITY | YES (x) NO ( ) | ___-___-___ | | |
| VEHICLE | YES ( ) NO (x) | ___-___-___ | | |
| WORKER'S | YES (x) NO ( ) | ___-___-___ | | |
| OTHER | YES (x) NO ( ) | ___-___-___ | | |

Are all accounts receivable being collected within terms? N/A **(Yes) No**
Are all post-petition liabilities, including taxes, being paid within terms? **(Yes) No**
Have any pre-petition liabilities been paid? **(Yes) No**
  If so, describe   Some pre-petition vendors were paid post-petition (approx $4,000)
Are all funds received being deposited into DIP bank accounts? N/A   **Yes (No)**
Were any assets disposed of outside the normal course of business?   **Yes (No)**
  If so, describe
Are all U.S. Trustee Quarterly Fee Payments current?   **(Yes) No**
What is the status of your Plan of Reorganization?   Drafting stage

ATTORNEY NAME: Charlie Shelton
FIRM NAME: Hajjar Peters LLP
ADDRESS: 3144 Bee Caves Rd

CITY, STATE, ZIP: Austin, TX 78746
TELEPHONE/FAX: (512)637-4956/(512) 637-4958

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

**SIGNED X**   */s/ Stacy Eppen*   TITLE: Designated Representative

Stacy Eppen   17-Jul-20
*(PRINT NAME OF SIGNATORY)*   DATE   Revised 07/01/98

**MOR-1**

**CASE NAME:** EF-290, LLC
**CASE NUMBER:** 20-10640

## COMPARATIVE BALANCE SHEETS

| ASSETS | May-2020 | Jun-2020 | Jul-2020 | Month-Year | Month-Year | Month-Year | Month-Year |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 181,870.43 | | | | | | |
| Accounts Receivable, Net | 0.00 | | | | | | |
| Inventory: Lower of Cost or Market | 0.00 | | | | | | |
| Prepaid Expenses | 0.00 | | | | | | |
| Investments | 0.00 | | | | | | |
| Other | 0.00 | | | | | | |
| TOTAL CURRENT ASSETS | 181,870.43 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 3,685,385.03 | | | | | | |
| Less Accumulated Depreciation | 957,094.36 | | | | | | |
| NET BOOK VALUE OF PP & E | 2,728,290.67 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| OTHER ASSETS | | | | | | | |
| 1. Tax Deposits | 0.00 | | | | | | |
| 2. Security Deposits | 53,595.67 | | | | | | |
| 3. Electric Deposit | 0.00 | | | | | | |
| 4. | | | | | | | |
| **TOTAL ASSETS** | $2,963,756.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-2**  *Revised 07/01/98*

**CASE NAME:** EF-290, LLC
**CASE NUMBER:** 20-10640

# COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | May-2020 | Jun-2020 | Jul-2020 | Month-Year | Month-Year | Month-Year | Month-Year |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | 1,849.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 2,403,342.97 | | | | | | |
| Priority Debt | | | | | | | |
| Federal Income Tax | | | | | | | |
| FICA/Withholding | | | | | | | |
| Unsecured Debt | 2,699,846.62 | | | | | | |
| Other | | | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 5,103,189.59 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 5,105,039.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ADDITIONAL PAID-IN CAPITAL | 600,000.00 | | | | | | |
| RETAINED EARNINGS: Filing Date | -2,568,839.78 | | | | | | |
| RETAINED EARNINGS: Post Filing Date | -2,124.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -1,969,964.28 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES & OWNERS EQUITY** | $3,135,074.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07/01/98*

**CASE NAME:** EF-290, LLC
**CASE NUMBER:** 20-10640

## SCHEDULE OF POST-PETITION LIABILITIES

|  | May-2020 | Jun-2020 | Jul-2020 | Month-Year | Month-Year | Month-Year |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* |  |  |  |  |  |  |
| TAX PAYABLE |  |  |  |  |  |  |
|   Federal Payroll Taxes | 0.00 |  |  |  |  |  |
|   State Payroll Taxes | 0.00 |  |  |  |  |  |
|   Ad Valorem Taxes | 0.00 |  |  |  |  |  |
|   Other Taxes | 0.00 |  |  |  |  |  |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 | 0.00 | 0.00 |  |  |  |
| ACCRUED INTEREST PAYABLE | 0.00 |  |  |  |  |  |
| ACCRUED PROFESSIONAL FEES* | 1,849.50 |  |  |  |  |  |
| OTHER ACCRUED LIABILITIES |  |  |  |  |  |  |
|   1. |  |  |  |  |  |  |
|   2. |  |  |  |  |  |  |
|   3. |  |  |  |  |  |  |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $1,849.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval. Amounts reflected are not approved and have not been revised to reflect amounts to be written off.

**MOR-4**

*Revised 07/01/98*

**CASE NAME:** EF-290, LLC
**CASE NUMBER:** 20-10640

## AGING OF POST-PETITION LIABILITIES
**MONTH** May-2020

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

## AGING OF ACCOUNTS RECEIVABLE

| MONTH | | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 0.00 | | | | | |
| 31-60 DAYS | 0.00 | | | | | |
| 61-90 DAYS | 0.00 | | | | | |
| 91+ DAYS | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**  *Revised 07/01/98*

**CASE NAME:** EF-290, LLC
**CASE NUMBER:** 20-10640

## STATEMENT OF INCOME (LOSS)

| | May-2020 | Jun-2020 | Jul-2020 | Month-Year | Month-Year | Month-Year | Month-Year | FILING TO DATE |
|---|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0.00 | | | | | | | 0.00 |
| TOTAL COST OF REVENUES | | | | | | | | 0.00 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OPERATING EXPENSES:** | | | | | | | | |
| Selling & Marketing | 0.00 | | | | | | | 0.00 |
| General & Administrative | 275.00 | | | | | | | 275.00 |
| Insiders Compensation | 0.00 | | | | | | | 0.00 |
| Professional Fees | 1,849.50 | | | | | | | 1,849.50 |
| Other | | | | | | | | 0.00 |
| Other | | | | | | | | 0.00 |
| **TOTAL OPERATING EXPENSES** | 2,124.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,124.50 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | -2,124.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,124.50 |
| INTEREST EXPENSE | 0.00 | | | | | | | 0.00 |
| DEPRECIATION | 0.00 | | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | | | | | | | | 0.00 |
| OTHER ITEMS** | | | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | -2,124.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,124.50 |
| FEDERAL INCOME TAXES | | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | ($2,124.50) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($2,124.50) |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*\* Footnote Mandatory.*

*\*\* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**

*Revised 07/01/98*

**CASE NAME:** EF-290, LLC
**CASE NUMBER:** 20-10640

| CASH RECEIPTS AND DISBURSEMENTS | May-2020 | Jun-2020 | Jul-2020 | Month-Year | Month-Year | Month-Year | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | 181,870.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $181,870.43 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | 0.00 | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | 0.00 | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | 0.00 | | | | | | 0.00 |
| 5. SALE OF ASSETS | 0.00 | | | | | | 0.00 |
| 6. OTHER (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | 0.00 | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | 0.00 | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | 0.00 | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | 0.00 | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | 0.00 | | | | | | 0.00 |
| 12. INSURANCE | 2,204.99 | | | | | | 2,204.99 |
| 13. INVENTORY PURCHASES | 0.00 | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | 0.00 | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | 0.00 | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | 0.00 | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | 275.00 | | | | | | 275.00 |
| 18. OTHER (attach list) | 0.00 | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 2,479.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,479.99 |
| 19. PROFESSIONAL FEES | 0.00 | | | | | | 0.00 |
| 20. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 2,479.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,479.99 |
| 22. NET CASH FLOW | -2,479.99 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2,479.99 |
| 23. CASH - END OF MONTH (MOR-2) | $179,390.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $179,390.44 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match)
RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

*Revised 07/01/98*

**CASE NAME:** EF-290, LLC
**CASE NUMBER:** 20-10640

# CASH ACCOUNT RECONCILIATION
## MONTH OF May-2020

| BANK NAME | Horizon Bank | Horizon Bank | |
|---|---|---|---|
| ACCOUNT NUMBER | # | | |
| *ACCOUNT TYPE* | *OPERATING* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 181,870.43 | | $181,870.43 |
| DEPOSITS IN TRANSIT | | | $0.00 |
| OUTSTANDING CHECKS | 5,221.00 | | $5,221.00 |
| ADJUSTED BANK BALANCE | $176,649.43 | $0.00 | $176,649.43 |
| BEGINNING CASH - PER BOOKS | 185,902.29 | | $185,902.29 |
| RECEIPTS* | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | $0.00 |
| ENDING CASH - PER BOOKS | $185,902.29 | $0.00 | $185,902.29 |

**MOR-8**

*Numbers should balance (match) TOTAL RECEIPTS and
TOTAL DISBURSEMENTS lines on MOR-7. This was made to match as required but was contributed by the equity owner.

*Revised 07/01/98*

**CASE NAME:** EF-290, LLC
**CASE NUMBER:** 20-10640

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | May-2020 | Jun-2020 | Jul-2020 | Month-Year | Month-Year | Month-Year |
|---|---|---|---|---|---|---|
| 1. Stacy Eppen | 0.00 | 0.00 | 0.00 | | | |
| 2. Dane Eppen | 0.00 | 0.00 | 0.00 | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | May-2020 | Jun-2020 | Jul-20 | Month-Year | Month-Year | Month-Year |
|---|---|---|---|---|---|---|
| 1. Hajjar Peters | 0.00 | 0.00 | | | | |
| 2. AEM | 0.00 | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**

*Revised 07/01/98*